KUANG-BAO P. OU-YOUNG
1362 Wright Avenue
Sunnyvale, California 94087
(408) 234-2371
kbouyoung@yahoo.com

Plaintiff Pro Se

**FILED**

SEP 07 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>    Plaintiff,<br><br>  vs.<br><br>COUNTY OF SANTA CLARA;<br>JEFFREY F. ROSEN, District Attorney,<br>County of Santa Clara; JOHN CHASE,<br>Deputy District Attorney, County of Santa<br>Clara; LAWRENCE E. STONE, Assessor,<br>County of Santa Clara; JEANETTE<br>TONINI, Senior Assessment Clerk, County<br>of Santa Clara; JAMES R. WILLIAMS,<br>County Counsel, County of Santa Clara;<br>KARL A. SANDOVAL, Deputy County<br>Counsel, County of Santa Clara; KARAN S.<br>DHADIALLA, Deputy County Counsel,<br>County of Santa Clara; JOSE L.<br>MARTINEZ, Deputy County Counsel,<br>County of Santa Clara; WINIFRED<br>BOTHA, Deputy County Counsel, County<br>of Santa Clara; SHANNON BUSHEY,<br>Registrar of Voters, County of Santa Clara;<br>CHRISTOPHER G. RUDY, Judge, Superior<br>Court of California in and for the County of<br>Santa Clara; JOSEPH H. HUBER, former<br>Judge, Superior Court of California in and<br>for the County of Santa Clara;<br>STATE OF CALIFORNIA; STATE BAR<br>OF CALIFORNIA; EDMUND G. BROWN,<br>JR., former Governor, State of California;<br>ROBERT A. BONTA, Attorney General,<br>State of California; and MICHAEL C.<br>GASBARRO, Deputy Attorney General,<br>State of California, | Case No.<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br><br>C 22 05066<br><br>SVK |

Complaint

1 of 7

1  Defendants.                          )
2  _____)

3                        **JURISDICTION AND VENUE**

4         b1.    This action raises questions under provisions of the Civil Rights Act of 1871 in

5  42 U.S.C. § 1985. The Court has original jurisdiction over these claims under 28 U.S.C. § 1331.

6  This Court has authority to award the requested declaratory relief under 28 U.S.C. §§ 2201-02,

7  the requested injunctive relief under 28 U.S.C. § 1343(a)(4), the requested damages under 28

8  U.S.C. § 1343(a)(4), and legal costs under 42 U.S.C. § 1988.

9         b2.    Venue is proper under 28 U.S.C. § 1391(b)(2) in the northern district of California

10 because a substantial part of the actions giving rise to this case occurred within the district.

11                      **INTRADISTRICT ASSIGNMENT**

12        b3.    Pursuant to Civil L.R. 3-2(c) and (e), this is a civil rights case, in a non-excepted

13 category, suitable for assignment to the San Jose division because this action arises in the County

14 of Santa Clara.

15                              **PARTIES**

16        a1.    Plaintiff Kuang-Bao P. Ou-Young is a resident of Santa Clara County.

17        a2.    Defendant County of Santa Clara is a charter county organized and existing under

18 the laws of the State of California.

19        a3.    Defendant Jeffrey F. Rosen is district attorney ("DA") of Santa Clara County.

20        a4.    Defendant John Chase is a deputy district attorney ("DDA") at Santa Clara

21 County DA's office.

22        a5.    Defendant Lawrence E. Stone is assessor of Santa Clara County.

23        a6.    Defendant Jeanette Tonini is a senior assessment clerk at Santa Clara County

24 Assessor's Office.

25        a7.    Defendant James R. Williams is county counsel of Santa Clara County ("CC").

Complaint                                                      2 of 7

1    a8.    Defendant Karl A. Sandoval is a deputy county counsel ("DCC") at CC's office.

2    a9.    Defendant Karan S. Dhadialla is a DCC at CC's office.

3    a10.    Defendant Jose L. Martinez is a DCC at CC's office.

4    a11.    Defendant Winifred Botha is a DCC at CC's office.

5    a12.    Defendant Shannon Bushey is registrar of voters of Santa Clara County.

6    a13.    Defendant Christopher G. Rudy is a judge at the Superior Court of California in

7    and for the County of Santa Clara ("state court").

8    a14.    Defendant Joseph H. Huber is a former judge at the state court.

9    a15.    Defendant State of California became the 31st state of U.S. on September 9, 1850,

10    thereby subjecting itself to the Constitution and laws of the Union.

11    a16.    Defendant State Bar of California ("State Bar") is a public California corporation

12    with its main office at 180 Howard Street, San Francisco, California.

13    a17.    Defendant Edmund G. Brown, Jr., was governor of California from 1975 to 1983

14    and from 2011 until 2019.

15    a18.    Defendant Robert A. Bonta is Attorney General of California ("CAG").

16    a19.    Defendant Michael C. Gasbarro is a deputy attorney general ("DCAG") at CAG's

17    office.

18                                **FACTURAL BACKGROUND**

19    1.    On June 15, 2016, plaintiff's spouse transferred her interest in their residence to

20    plaintiff. Two days later, DA Rosen sent a letter to plaintiff's spouse questioning if the transfer

21    represented a real estate fraud. Santa Clara County Assessor's Office then terminated plaintiff's

22    homeowner's exemption for the ensuing tax years.

23    2.    On January 15, 2021, plaintiff filed a case with the state court against Santa Clara

24    County, DA Rosen, DDA Chase, assessor Stone, clerk Tonini, CC Williams, DCC Sandoval,

Complaint

1  DCC Dhadialla, registrar Bushey, and others (Case No. 21CV375239).

2      3.     On June 23, 2021, CC's office moved to declare plaintiff a vexatious litigant in

3  the state case based on California Code of Civil Procedure ("CCP") §§ 391, 391.1, 391.3, 391.7.

4      4.     On August 30, 2021, judge Rudy issued a tentative ruling declaring plaintiff a

5  vexatious litigant and granting the request for a pre-filing order by CC's office in the state case.

6  The ruling also required plaintiff's appearance in the August 31 motion hearing to determine the

7  amount of security to be ordered.

8      5.     On August 31, 2021, judge Huber formalized judge Rudy's August 30 tentative

9  ruling in the state case without plaintiff's presence. In addition to declaring plaintiff a vexatious

10  litigant and granting the request for pre-filing order by CC's office, said judge set the bond at

11  $5,000 for suing the county. Judge Huber then continued the Case Management Conference on

12  that date until November 23, 2021.

13      6.     On July 29, 2022, plaintiff filed a complaint with this court based on events in ¶¶

14  1-5 (Case No. 22-cv-4396-CRB, "*Action I*").

15      7.     On August 19, 2022, plaintiff submitted the First Amended Complaint ("FAC") in

16  *Action I* to the clerk's office.

17      8.     On August 23, 2022, district judge Charles R. Breyer ordered clerk of court Mark

18  B. Busby not to file the FAC plaintiff submitted in *Action I*.

19  **CLAIMS**

20      c1.    <u>Claim 1 Civil Rights Violation</u>: On August 31, 2021, judge Huber formalized

21  judge Rudy's tentative ruling in the state case. Besides declaring plaintiff a vexatious litigant and

22  granting the request for a pre-filing order by CC's office, said judge set the bond for suing Santa

23  Clara County at $5,000. Judge Huber continued the Case Management Conference on that date

24  until November 23, 2021 as well. In doing so, judge Rudy and judge Huber have conspired with

Complaint           4 of 7

1  CC Williams, DCC Sandoval, DCC Dhadialla, DCC Martinez, Santa Clara County, DA Rosen,

2  DDA Chase, assessor Stone, clerk Tonini, and registrar Bushey to deprive plaintiff of the First

3  Amendment right to petition the Government for a redress of grievances, due process of law and

4  equal protection of the laws under the Fourteenth Amendment, and the Seventh Amendment

5  right to a jury trial under color of CCP §§ 391, 391.1, 391.3, 391.7. Both judge Rudy and judge

6  Huber have acted under color of California Rules of Court §§ 3.1306, 3.1308 as well as judicial

7  immunity; CC Williams, DCC Sandoval, DCC Dhadialla, and DCC Martinez under color of

8  Section 27645 of California Government Code ("GC") as well as executive immunity; DA

9  Rosen and DDA Chase under color of Section 26500 of GC as well as prosecutorial immunity;

10  assessor Stone and clerk Tonini under color of Section 27421 of GC as well as executive

11  immunity; and registrar Bushey under color of Section 307 of California Election Code as well

12  as executive immunity.

13        c2.    Claim 2 Civil Rights Violation: The state legislature adopted the vexatious litigant

14  statute in 1963, patterned after a statute permitting a court to require security in some derivative

15  suits. *See Beyerbach v. Juno Oil Co.* (1954) 42 Cal. 2d 11. The idea began with the Los Angeles

16  County Bar Association and was pursued by the State Bar, which argued, "The need for the

17  adoption of this legislation is that there is an unreasonable burden placed upon the courts by

18  groundless litigation, which, in turn, prevents the speedy consideration of deserving and proper

19  litigation; the suits that have been filed against the judges themselves require the full time of

20  three to four Deputy Attorneys General[.]" Letter to Gov. Brown (July 3, 1963). Thus, the state

21  legislature has enacted CCP §§ 391, 391.1, 391.3, 391.7 with support from the State Bar as well

22  as former governor Brown in order to deprive plaintiff of the civil rights set forth in ¶ c1 under

23  color of legislative immunity. The State Bar has acted under color of immunity for court officers

24  while governor Brown has behaved under color of executive immunity.

Complaint                                             5 of 7

1        c3.    Claim 3 Civil Rights Violation: On August 23, 2022, judge Breyer ordered clerk

2   Busby not to file the FAC plaintiff submitted in *Action I*, ¶ 8. CAG Bonta and DCAG Gasbarro

3   have conspired with DCC Martinez and DCC Botha so as to deny plaintiff the First Amendment

4   right to petition the government for a redress of grievances, due process of law under the Fifth

5   Amendment, the Seventh Amendment right to a jury trial, and equal protection of the laws under

6   the Fourteenth Amendment. Furthermore, said defendants have acted under color of executive

7   immunity.

8   **REQUEST FOR RELIEF**

9       WHEREFORE, plaintiff respectfully requests that the Court enter judgment against all

10  defendants and provide plaintiff with the following relief:

11    1.  A declaratory judgment that defendants have violated plaintiff's constitutional rights as

12        set forth in claims 1 through 3.

13    2.  Monetary damages in the amount of $8,000,000,000 against Santa Clara County;

14        $400,000,000 each against DA Rosen, assessor Stone, CC Williams, and registrar

15        Bushey; $40,000,000 each against DDA Chase, DCC Sandoval, DCC Dhadialla, DCC

16        Martinez, and DCC Botha; $10,000,000 against clerk Tonini; $400,000,000 each against

17        judge Rudy and judge Huber; $40,000,000,000 each against the State and the State Bar;

18        $12,000,000,000 against former governor Brown; $6,000,000,000 against CAG Bonta;

19        and $400,000,000 against DCAG Gasbarro.

20    3.  Monetary punitive damages against all defendants.

21    4.  An order referring all defendants to U.S. Attorney General Merrick B. Garland for

22        criminal prosecution under 18 U.S.C. § 242.

23    5.  All other further relief to which plaintiff may be entitled.

1      **DEMAND FOR JURY TRIAL**

2      Plaintiff hereby demands a trial by jury on all issues for which a right to jury trial exists.

3      Respectfully submitted this 29th day of August 2022.

       *Kuang-bao Ou-young*

4
5      KUANG-BAO P. OU-YOUNG
6      1362 Wright Avenue
7      Sunnyvale, California 94087
8      (408) 234-2371
9      kbouyoung@yahoo.com
10
11     Plaintiff

Complaint