UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>   Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>   Defendants. | Case No.  5:22-cv-05066-EJD<br><br>**ORDER DISMISSING INITIAL COMPLAINT** |

In 2013, Plaintiff Kuang-Bao P. Ou-Young was labeled a vexatious litigant and became subject to a pre-filing review order requiring him to obtain leave of court any time Plaintiff files a complaint involving certain statutes and parties. *See Ou-Young v. Roberts*, No. 13-CV-04442-EMC, Dkt. No. 40 (N.D. Cal. Dec. 2013) ("Vexatious Litigant Order,"). In particular, Judge Edward M. Chen's Order requires that Plaintiff "must obtain leave of court before filing any further suits alleging any violations of the federal criminal statutes, pursuant to 18 U.S.C. § 1512(b), 18 U.S.C. § 1512 (c), and 18 U.S.C. § 371, and the FTCA, codified at 28 U.S.C. § 2671 *et seq.*, involving parties that he named in the current case, or *Ou-Young I*, *Ou-Young II*, *Ou-Young III*, and *Ou-Young IV*, previously filed in this Court." *Id.* at 16–17.

Since the issuance of Judge Chen's Vexatious Litigant Order, Plaintiff has continued to file numerous meritless actions against federal judges, federal agencies, and employees in this Court and others. *See Ou-Young v. Cnty. of Santa Clara*, No. 22-CV-04396-CRB, Dkt. No. 10 (N.D. Cal Aug. 22, 20220 ("Breyer Order"); *Ou-Young v. Cnty. of Santa Clara*, No. 20-CV-09097-VKD-EJD, 2020 WL 7889063, at *1 (N.D. Cal. Dec. 22, 2020), *aff'd sub nom. Ou-Young v.*

Case No.: 5:22-cv-05066-EJD
ORDER DISMISSING INITIAL COMPLAINT

1

1  *Harris*, 853 F. App'x 196 (9th Cir. 2021); *Ou-Young v. Stone*, No. 19-CV-07000-BLF, 2019 WL

2  6619879, at *3 (N.D. Cal. Dec. 5, 2019) (identifying twenty-five complaints that have been

3  subject to pre-filing review in 2019, half of which involved suits against federal judges).  In 2019,

4  Judge Beth Labson Freeman likewise issued a pre-filing review order.  *Stone*, 2019 WL 6619879,

5  Dkt. No. 26 ("Order Requiring Pre-Filing Review").  The Order provides that "[g]iven Plaintiff's

6  history of suing federal judges, and the recent spate of suits against federal judges that were not

7  barred at the outset by Judge Chen's order, the Court concludes that an order requiring pre-filing

8  review of complaints against federal judges is warranted."  *Id.* at 15.  Plaintiff must seek leave

9  from the Court before filing any complaint alleging claims against federal judges.

10  At present, Plaintiff's complaint was erroneously filed without obtaining leave from the

11  Court.  *See* Compl. Dkt. No. 1.  Plaintiff has since amended his complaint to add more than 200

12  defendants, including many federal judges, alleging that they are liable for their judicial acts.  *See*

13  First Am. Compl., Dkt. No. 3.  Summons were subsequently issued.  *See* Dkt. No. 4.  Having

14  reviewed the First Amended Complaint, the Court finds that it falls squarely within Judge

15  Freeman's Order.  Plaintiff brings suit against federal judges, federal employees, Santa Clara

16  County, employees of Santa Clara County, as well as the President and Vice President of the

17  United States. A district court may dismiss a plaintiff's claims sua sponte under Federal Rule of

18  Civil Procedure 12(b).  *See Omar v. Sea-Land Serv., Inc.*, 813 F.2d 986, 991 (9th Cir. 1987) ("A

19  trial court may dismiss a claim sua sponte under Fed. R. Civ. P. 12(b)(6)").  Accordingly, the

20  Court sua sponte **DISMISSES** Plaintiff's complaint without prejudice.

21  Plaintiff may file an amended complaint within 14 days, but he may not allege any claim

22  against any judge or any claim arising directly out of a judicial act.  Failure to follow this

23  instruction will result in dismissal under Federal Rule of Civil Procedure 41(b).

28  Case No.:   5:22-cv-05066-EJD
ORDER DISMISSING INITIAL COMPLAINT
2

**IT IS SO ORDERED.**

Dated: September 26, 2022

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-05066-EJD
ORDER DISMISSING INITIAL COMPLAINT
3