UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KUANG-BAO P. OU-YOUNG,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.,<br><br>Defendants. | Case No.  5:22-cv-05066-EJD<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

On September 26, 2022, the Court dismissed Plaintiff's complaint without prejudice. Dkt. No. 9. Plaintiff was granted leave to file an amended complaint within 14 days. *Id.* The Court instructed Plaintiff that failure to file a timely amended complaint will result in dismissal under Federal Rule of Civil Procedure 41(b). *Id.* Plaintiff has not filed an amended complaint to date.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Accordingly, the Court **DISMISSES** this action pursuant to Rule 41(b). The Clerk of the Court shall close the file.

**IT IS SO ORDERED.**

Dated: November 23, 2022

EDWARD J. DAVILA
United States District Judge