UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 12 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KUANG-BAO OU-YOUNG,

      Plaintiff-Appellant,

 v.

COUNTY OF SANTA CLARA; et al.,

      Defendants-Appellees.

No.    22-16855

D.C. No. 5:22-cv-05066-EJD
Northern District of California,
San Jose

ORDER

The district court entered a final order dismissing this action on November

23, 2022. The court's records reflect that on December 6, 2022, appellant filed a

timely motion listed in Federal Rule of Appellate Procedure 4(a)(4), and that

motion is still pending in the district court. Appellant filed a second motion to

vacate in the district court on December 29, 2022. The November 28, 2022 notice

of appeal is therefore ineffective until entry of the order disposing of the last such

motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, proceedings in this

court are held in abeyance pending the district court's resolution of the pending

motions. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th

Cir. 1994); *Tripati v. Henman*, 845 F.2d 205, 206 (9th Cir. 1988); *see also* Fed. R.

Civ. P. 62.1.

Within 14 days after the district court's ruling on the pending motions,

appellant must file a written notice in this court: (1) informing this court of the

at/MOATT

district court's ruling; and (2) stating whether appellant intends to prosecute this appeal.

To appeal the district court's ruling on the post-judgment motions, appellant must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk will serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Taylor
Deputy Clerk
Ninth Circuit Rule 27-7