|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 3 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In re: KUANG-BAO OU-YOUNG.

_____

KUANG-BAO OU-YOUNG,

          Petitioner,

  v.

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE,

          Respondent,

COUNTY OF SANTA CLARA; et al.,

          Real Parties in Interest.

No. 23-70016
     23-70035

D.C. No. 5:22-cv-05066-EJD
Northern District of California,
San Jose

ORDER

Before: CANBY, M. SMITH, and BRESS, Circuit Judges.[1]

    Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Accordingly, these petitions are denied.

---

[1] We decline to recuse from these petitions. *See Ignacio v. Judges of U.S. Ct. of Appeals for Ninth Cir.*, 453 F.3d 1160, 1163-65 (9th Cir. 2006).

2

No further filings will be entertained in these closed petitions, and no further mandamus petitions arising from this underlying case will be entertained.

**DENIED.**