# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: **U.S. District Court for Northern California**

U.S. District Court case number: **5:22-cv-5066-EJD**

Date case was first filed in U.S. District Court: **09/07/2022**

Date of judgment or order you are appealing: **03/06/2023**

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Kuang-Bao P. Ou-Young, plaintiff

Is this a cross-appeal?  ○ Yes   ● No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ● Yes   ○ No

If Yes, what is the prior appeal case number? **22-16855**

Your mailing address:

1362 Wright Avenue

City: Sunnyvale   State: CA   Zip Code: 94087

Prisoner Inmate or A Number (if applicable):

Signature: *Kuang-Bao Ou-young*   Date: Mar 9, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                                                                          *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| Kuang-Bao P. Ou-Young |

Name(s) of counsel (if any):

| Pro Se |

Address: 
Telephone number(s): 
Email(s): 

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| Merrick B. Garland, U.S. Attorney General; at the Ninth Circuit: William C. Canby, Jr., Milan D. Smith, Jr., Daniel A. Bress, circuit judges; at the district court: Richard G. Seeborg, chief judge; Edward M. Chen, district judge; |

Name(s) of counsel (if any):

| Stephanie M. Hinds, U.S. Attorney for Northern California |

Address: 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102
Telephone number(s): 415-436-6816
Email(s): 

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                              *1*                              Rev. 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

At the district court: William H. Orrick, Charles R. Breyer, district judges;

Name(s) of counsel (if any):

Stephanie M. Hinds, U.S. Attorney for Northern California

Address: 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102

Telephone number(s): 415-436-6816

Email(s):

Name(s) of party/parties:

at the district court:  Mark B. Busby, clerk; Snooki Puli, manager, office of the clerk; Betty Walton, deputy clerk.

Name(s) of counsel (if any):

Stephanie M. Hinds, U.S. Attorney for Northern California

Address: 450 Golden Gate Avenue, 11th Floor, San Francisco, CA 94102

Telephone number(s): 415-436-6816

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                                  2                                         *Rev. 12/01/2018*